CIVIL CAUSE FOR HEARING

BEFORE JUDGE: SPATT        DATE: March 26, 2009    TIME: 9:25 (3hrs 10 min)
DOCKET NUMBER: CV-07-4531

TITLE: KOTSOPOULOS, NIKOLAOS  v.  SUPERINTENDENT, et al.

COURT DEPUTY: MARY ELLEN SCHAFFNER

APPEARANCES: FOR PLAINTIFF: John Carro, Esq.

　　　　　　　　　　　　　　Steven R. Kartagener, Esq.

　　　　　　　FOR DEFENDANT: Ilisa T. Fleischer, Esq.

　　　　　　　　　　　　　　Michael Walsh, Esq.

C/R Dominick Tursi

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ MAR 26 2009 ★
LONG ISLAND OFFICE

✓ CASE CALLED.

___ COUNSEL FOR ALL SIDES PRESENT

✓ COUNSEL FOR _____ NOT PRESENT

✓ HEARING HELD

___ CASE MARKED READY FOR TRIAL _____

___ FURTHER STATUS CONFERENCE SCHEDULED FOR _____

✓ OTHER  Mr. Kotsopolous consents to J. Spatt remaining with this case.

Witnesses sworn / test.

Hrg adjd to 3/30 at 10:00