CIVIL CAUSE FOR HEARING

BEFORE JUDGE: SPATT          DATE: March 30, 2009   TIME: 10:00 18 1 hour
DOCKET NUMBER: CV-07-4531                                  (+37 mins)

TITLE: KOTSOPOULOS, NIKOLAOS v. SUPERINTENDENT, et al.

COURT DEPUTY: MARY ELLEN SCHAFFNER

APPEARANCES: FOR PLAINTIFF: John Carro, Esq.

                            Steven R. Kartagener, Esq.  Jason Yang, Esq.

             FOR DEFENDANT: Ilisa T. Fleischer, Esq.   FILED
                                                       IN CLERK'S OFFICE
                            Michael Walsh, Esq.        U.S. DISTRICT COURT E.D.N.Y

                            C/R Dominick N.            ★ MAR 30 2009 ★

                                                       LONG ISLAND OFFICE

✓ CASE CALLED.
__ COUNSEL FOR ALL SIDES PRESENT
__ COUNSEL FOR _____ NOT PRESENT
✓ HEARING HELD
__ CASE MARKED READY FOR TRIAL
__ FURTHER STATUS CONFERENCE SCHEDULED FOR _____
✓ OTHER  Jacob R. Evseroff sworn / test. Both sides rest.
Petitioner's post hearing Memo. by 4/20/09
Respondents' responses by 5/11/09
Petitioner's reply by 5/18
Closing arguments + possible decision on 7/9
at 9:30 a.m.