

## First label (top)

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®  **Post Office To Addresse[e]**

EQ 880548864 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 10007

Postage: $ 14.40

Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day

Scheduled Date of Delivery: Month 10 Day 18

Date Accepted: 10 17 06

Time Accepted: 5:30 ☐ AM ☑ PM

Scheduled Time of Delivery: ☑ Noon ☐ 3 PM

Flat Rate or Weight: 10 lbs. ozs.

Total Postage & Fees: $ 14.40

**DELIVERY (POSTAL USE ONLY)**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (212) 732-9600

Steven R. Kartagener, Esq.
225 Broadway
New York, NY 10007

TO: (PLEASE PRINT) PHONE ( )

Clerk's Office
Nassau County Court
Criminal Term
262 Old Country Road
Mineola, NY 11501

ZIP + 4 (U.S. ADDRESSES ONLY, DO NOT USE FOR FOREIGN POSTAL CODES)
1 1 5 0 1 +

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

## Second label (bottom)

**Customer Cop[y]**
Label 11-B, March 20[ ]

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®  **Post Office To Addresse[e]**

EQ 880548886 US

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 10007

Postage: $ 14.40

Day of Delivery: ☑ Next ☐ 2nd ☐ 2nd Del. Day

Scheduled Date of Delivery: Month 10 Day 18

Time Accepted: ☐ AM ☑ PM

Scheduled Time of Delivery: ☑ Noon ☐ 3 PM

Flat Rate or Weight: 10 lbs. ozs.

Total Postage & Fees: $ 14.40

**DELIVERY (POSTAL USE ONLY)**

**CUSTOMER USE ONLY**

FROM: (PLEASE PRINT) PHONE (212) 732-9600

Steven R. Kartagener, Esq.
225 Broadway
New York, NY 10007

TO: (PLEASE PRINT) PHONE ( )

Hon. Kathleen Rice
District Attorney, Nassau Co.
262 Old Country Road
Mineola, NY 11501

ZIP + 4 (U.S. ADDRESSES ONLY, DO NOT USE FOR FOREIGN POSTAL CODES)
1 1 5 0 1 +

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811