**FILE COPY**

# STEVEN R. KARTAGENER
### ATTORNEY AT LAW

225 BROADWAY
SUITE 2700
NEW YORK, NEW YORK 10007

TELEPHONE (212) 732-9600
FAX (212) 732-6966

**BY EXPRESS MAIL**

October 13, 2006

Clerk's Office
Nassau County Court
Criminal Term
262 Old Country Road
Mineola, NY 11501

EQ880548869US

RE: *People v. Nikolaos Kotsopoulos*
**Indictment No. 1057N/2002**

Dear Sirs:

Transmitted herewith please find Defendant Nikolaos Kotsopoulos's Motion to Vacate Judgment, made pursuant to CPL § 440.10. The case was tried before Judge Belfi in May, 2004.

Thank you.

Very truly yours,

Steven R. Kartagener
*Attorney for Defendant*
*Nikolaos Kotsopoulos*

enc.

cc:    Hon. Kathleen Rice
       District Attorney, Nassau County

EQ880548886US

Co-counsel John Carro, Esq.
Co-counsel Barry M. Fallick, Esq.