**STEVEN R. KARTAGENER**
ATTORNEY AT LAW
OFFICE ACCOUNT
225 BROADWAY
NEW YORK, NY 10007

SIGNATURE BANK
NEW YORK, NY
1-1357/260

1925

July 25, 2007

PAY TO THE
ORDER OF United States District Court, S. D. N. Y.          $ 5.00

Five and 00/100 ———————————————————— DOLLARS

MEMO  U.S. ex rel Nikolaos Kotsopoulos v.
Superintendent, Green Haven Correctional Facility          Steven R. Kartagener

⑈001925⑈ ⑆026013576⑆ 150016492 8⑈

PAY TO THE ORDER OF
JPMORGAN CHASE BANK
FOR DEPOSIT ONLY
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF NY
ALC 0000 4654
CAN 001042
9101163086

CA- 7/30/07