J. Michael McMahon, Clerk of Court

Dear Sir/Madam:

The enclosed document(s) is/are being returned for the following reason(s):

☐ Filing fee of $_____ . ____ is required

☐ Fee is premature until motion has been granted or denied

☐ No personal checks, check must be certified or enclose a money order

☐ Certificate of good standing (COGS) from a New York State Court must be issued within thirty days. If COGS is from VT or CT both Federal and State certificates are needed and must be issued within thirty days (Local Rule 1.3)

☐ Sponsor must know petitioner for at least one full year, specific date needed if it is only one year (Local Rule 1.3)

☒ For original signature of the attorney of record, facsimile signatures are not acceptable *of atty on the original petition,*

☐ New Petition for Admission/ECF Registration form must be filled out and notarized

**New Action could not be opened due to following:**

☒ One original and two copies of SDNY civil cover sheets (JS44C/SDNY) are needed *they are all copies*
☐ One original and one copy of Federal Rule 7.1 are needed
☐ Only one Nature of Suit can be marked off
☐ Signing Attorney must be admitted in the Southern District
☐ If relating new action, SDNY case number and judge are needed

**Under Basis of Jurisdiction:**
☐ U. S. Plaintiff/ U. S. Defendant is for government agencies only
☐ Cannot file as Federal Question and Diversity
☐ Citizenship of Principal Parties is for Diversity cases only
☐ Only one box for plaintiff and one box for defendant allowed under Citizenship of Principal Parties no matter how many parties are involved
☐ Diversity and Nature of Suit #890 (other statutory actions) can not be chosen together

☐ Other _____

_____

Please comply with the above checked item(s) and resubmit said document(s) in conformity to the Rules of this court. Thank you for your cooperation.

**JUL 3 1 2007**

_____
Date

_____
Deputy Clerk